FILED

01/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0353

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0353

_____

EDWARD ZABROCKI,

     Petitioner and Appellant,

v.

THE TEACHERS' RETIREMENT SYSTEM
OF THE STATE OF MONTANA,

     Respondent and Appellee.

_____

     O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 20 2021